UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| HEINING, KAREN | ) | Case No. 10-04396-JBS |
| | ) | |
| Debtor(s). | ) | Hon. JACK B. SCHMETTERER |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 682, CHICAGO, IL 60604

   On: August 26, 2010           Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $2,626.20 |
   | Disbursements | $0.00 |
   | Net Cash Available for Distribution | $2,626.20 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| PHILIP V. MARTINO
*Trustee Compensation* | $0.00 | $656.55 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $109,703.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.8000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Pyod Llc Its Successors And Assigns | $27,755.31 | $498.31 |
| 000002 | Capital One Bank (Usa), N.A. | $10,082.24 | $181.01 |
| 000003 | American Express Centurion Bank | $40,098.36 | $719.91 |
| 000004 | American Express Centurion Bank | $8,280.87 | $148.67 |
| 000005 | Capital Recovery Iii Llc As Assigne | $22,408.22 | $402.31 |
| 000006 | American Infosource Lp As Agent For | $1,078.89 | $19.37 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee

applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Estate located at 1719 W 186th Pl, Homewood I | $144,000.00 |
| Checking account with Harris Bank | $250.00 |
| Miscellaneous used household goods | $1,000.00 |
| Miscellaneous books, tapes, CD's, etc. | $50.00 |
| Personal used clothing | $300.00 |
| Miscellaneous costume jewelry | $200.00 |
| Employer - Term Life Insurance - no cash surrender | $0.00 |
| Retirement Plan through Employer | $20,891.63 |
| 401k through employer | $59.49 |
| Anticapate 2009 IRS Tax Return Value based on 2008 | $4,400.00 |
| 2005 Ford Mustang with 34,000 miles Value per Kell | $7,845.00 |

Dated: July 21, 2010

For the Court,

By: /s/ Philip V. Martino
Philip V. Martino, Trustee

Trustee: Philip V. Martino
Address: 203 North Lasalle Street
Suite 1800
Chicago, IL  60601
Phone No.: (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons               Page 1 of 1                   Date Rcvd: Jul 23, 2010
Case: 10-04396                Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Jul 25, 2010.
db          +Karen Heining,   1719 W 186th Pl,   Homewood, IL 60430-3806
aty         +Nisha B Parikh,   Legal Helpers,   233 S. Wacker Dr Suite 5150,   Chicago, IL 60606-6371
tr           Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
15061474    +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
15398545     American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15061476    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
15061477    +Andrew T Collingwood,   1719 W. 186th Place,   Homewood, IL 60430-3806
15061480    +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
15317725     Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
              Oklahoma City, OK  73124-8839
15061481    +Capital One, N.a.,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
15412567    +Capital Recovery III LLC As Assignee of CAPITAL ON,   Care of Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15061482    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15061483    +Citgo Oil / Citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,
              Kansas City, MO 64195-0507
15061484    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15061485    +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
15061486    +Citifinancial Retail Services,   Po Box 140489,   Irving, TX 75014-0489
15061488    +GMAC,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
15061489    +Household Mortgage Services,   Po Box 9068,   Brandon, FL 33509-9068
15061490    +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
15061491    +Hsbc/carsn,   Po Box 15521,   Wilmington, DE 19850-5521
15300206    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
15061492    +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
15061493    +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
15061494    +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
15061495    +Us Bank,   425 Walnut Street,   Cincinnati, OH 45202-3989
15061496    +Zwieker and Associates,   7366 N Lincoln Ave #404,   Lincolnwood, IL 60712-1741
15061479    +bill me later,   po box 105658,   Atlanta, GA 30348-5658

The following entities were noticed by electronic transmission on Jul 23, 2010.
15061475    +E-mail/PDF: CBP@AGFINANCE.COM Jul 24 2010 02:20:17     American General Finance,   Po Box 3121,
              Evansville, IN 47731-3121
15415520     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2010 02:15:17
              American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15061478    +E-mail/Text: ACF-EBN@acf-inc.com                            Atlantic Crd,   P O Box 13386,
              Roanoke, VA 24033-3386
15061487    +E-mail/Text: resurgentbknotifications@resurgent.com                        Collection,
              Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15405989*      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**          **Signature:**   *Joseph Speetjens*