JACK B. SCHMETTERER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEINING, KAREN | § | Case No. 10-04396 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 178,996.12 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,969.77 | Claims Discharged Without Payment: 168,483.12 |
| Total Expenses of Administration: 656.55 | |

3) Total gross receipts of $ 2,626.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,626.32 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 161,274.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 656.55 | 656.55 | 656.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 132,613.00 | 109,703.89 | 109,703.89 | 1,969.77 |
| **TOTAL DISBURSEMENTS** | $ 293,887.00 | $ 110,360.44 | $ 110,360.44 | $ 2,626.32 |

4) This case was originally filed under chapter 7 on 02/05/2010 . The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2010 By:/s/PHILIP V. MARTINO
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticapate 2009 IRS Tax Return Value based on 2008 | 1124-000 | 2,626.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.32 |
| **TOTAL GROSS RECEIPTS** | | $2,626.32 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | 101,509.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | 49,196.00 | NA | NA | 0.00 |
| Us Bank 425 Walnut Street Cincinnati, OH 45202 | | 10,569.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 161,274.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 656.55 | 656.55 | 656.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 656.55 | $ 656.55 | $ 656.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| American General Finance Po Box 3121 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 9,547.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One, N.a. 2730 Liberty Ave Pittsburgh, PA 15222 | | 22,951.00 | NA | NA | 0.00 |
| Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| Citi Po Box 6241 Sioux Falls, SD 57117 | | 26,355.00 | NA | NA | 0.00 |
| Citi Po Box 6241 Sioux Falls, SD 57117 | | 790.00 | NA | NA | 0.00 |
| Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| Citifinancial Retail Services Po Box 140489 Irving, TX 75014 | | 0.00 | NA | NA | 0.00 |
| Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | 0.00 | NA | NA | 0.00 |
| Household Mortgage Services Po Box 9068 Brandon, FL 33509 | | 0.00 | NA | NA | 0.00 |
| Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| Zwieker and Associates 7366 N Lincoln Ave #404 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| bill me later po box 105658 Atlanta, GA 30348 | | 1,106.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | 40,098.00 | 40,098.36 | 40,098.36 | 719.98 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | 8,280.00 | 8,280.87 | 8,280.87 | 148.69 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,078.00 | 1,078.89 | 1,078.89 | 19.37 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 10,082.24 | 10,082.24 | 181.03 |
| CAPITAL RECOVERY III LLC AS ASSIGNE | 7100-000 | 22,408.00 | 22,408.22 | 22,408.22 | 402.34 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 27,755.31 | 27,755.31 | 498.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 132,613.00 | $ 109,703.89 | $ 109,703.89 | $ 1,969.77 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

Case No: 10-04396 JBS Judge: JACK B. SCHMETTERER
Case Name: HEINING, KAREN

For Period Ending: 10/12/10

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 02/05/10 (f)
341(a) Meeting Date: 03/03/10
Claims Bar Date: 06/09/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 1719 W 186th Pl, Homewood I | 144,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account with Harris Bank | 250.00 | 0.00 | DA | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Miscellaneous books, tapes, CD's, etc. | 50.00 | 0.00 | DA | 0.00 | FA |
| 5. Personal used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Miscellaneous costume jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Retirement Plan through Employer | 20,891.63 | 0.00 | DA | 0.00 | FA |
| 9. 401k through employer | 59.49 | 0.00 | DA | 0.00 | FA |
| 10. Anticapate 2009 IRS Tax Return Value based on 2008 | 4,400.00 | 2,626.00 | DA | 2,626.00 | FA |
| 11. 2005 Ford Mustang with 34,000 miles Value per Kell | 7,845.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |
| TOTALS (Excluding Unknown Values) | $178,996.12 | $2,626.00 | | $2,626.32 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/01/10 Current Projected Date of Final Report (TFR): 08/01/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 10-04396 -JBS
Case Name: HEINING, KAREN

Taxpayer ID No: *******1468
For Period Ending: 10/12/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0470 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 10 | Karen Heining<br>1719 W. 186th Place<br>Homewood, IL 60430-3806 | | 1124-000 | 2,626.00 | | 2,626.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 2,626.01 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,626.07 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,626.13 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,626.20 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,626.26 |
| 08/26/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 2,626.32 |
| 08/26/10 | | Transfer to Acct #*******0535 | Final Posting Transfer | 9999-000 | | 2,626.32 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 2,626.32 | 2,626.32 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,626.32 | |
| Subtotal | 2,626.32 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,626.32 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 2,626.32 | 2,626.32 |

Ver: 15.20

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-04396 -JBS
Case Name: HEINING, KAREN

Taxpayer ID No: *******1468
For Period Ending: 10/12/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0535 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/26/10 | | Transfer from Acct #*******0470 | Transfer In From MMA Account | 9999-000 | 2,626.32 | | 2,626.32 |
| 08/26/10 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 656.55 | 1,969.77 |
| 08/26/10 | 003002 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000001, Payment 1.79555% | 7100-000 | | 498.36 | 1,471.41 |
| 08/26/10 | 003003 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000002, Payment 1.79553% | 7100-000 | | 181.03 | 1,290.38 |
| 08/26/10 | 003004 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 1.79553%<br>(3-1) CREDIT CARD DEBT | 7100-000 | | 719.98 | 570.40 |
| 08/26/10 | 003005 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 1.79558%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 148.69 | 421.71 |
| 08/26/10 | 003006 | Capital Recovery III LLC As Assignee of CAPITAL ON<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000005, Payment 1.79550% | 7100-000 | | 402.34 | 19.37 |
| 08/26/10 | 003007 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000006, Payment 1.79536% | 7100-000 | | 19.37 | 0.00 |
| | | | Page Subtotals | | 2,626.32 | 2,626.32 | |

Ver: 15.20

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-04396 -JBS
Case Name: HEINING, KAREN

Taxpayer ID No: *******1468
For Period Ending: 10/12/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0535 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,626.32 | 2,626.32 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,626.32 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,626.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,626.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********0470 | 2,626.32 | 0.00 | 0.00 |
| BofA - Checking Account - ********0535 | 0.00 | 2,626.32 | 0.00 |
| | 2,626.32 | 2,626.32 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |